**Order entered December 12, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00480-CV

### IN THE INTEREST OF B.Q.T., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07404-S**

## ORDER

We **GRANT** appellee's December 10, 2014 second motion for an extension of time to file a brief.  Appellee shall file a brief by January 9, 2015.  We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE